UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FRANK BAILEY            CIVIL ACTION NO. 06-0014

V.

SHERIFF HARRY LEE, ET AL     SECTION D (4)

AFFIDAVIT

STATE OF LOUISIANA
PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary Public, personally came and appeared:

LOUIS ANCAR

who, having been duly sworn, declared that:

1. I am employed as a deputy by the Jefferson Parish Sheriff's Office.

2. On January 24, 2005, I undertook an investigation of a Preliminary Injury Report received regarding a prisoner, Frank Bailey, who had reported slipping and falling in the shower area of his housing unit.

3. This incident occurred on January 21, 2005, in the North/Wing 4CL housing area.

4. Attached to this affidavit is a copy of my investigative report to Lt. Gary Cook, entitled "Inter-Office Memorandum," dated 1/26/05.


EXHIBIT D-6

1

5. As indicated in the report, inmate Bailey complained of left shoulder and collarbone pains and was escorted to the South/Wing medical area, where he was examined by a nurse and told he would see a doctor later.

6. I also investigated his statement that the restroom floor area was wet due to an overflowing toilet. I confirmed that the area did have spots of accumulated standing water. I also noticed a face bowl which appeared to be clogged or slow-draining.

7. Accordingly, I submitted a maintenance request on 1/25/05 with reference to plumbing problems in the shower area on the 4CL Wing.

_____
Louis Ancar

Sworn to and subscribed before me on the 7th day of November, 2007.

_____
Notary Public

13415

# JEFFERSON PARISH SHERIFF'S OFFICE
Gretna, Louisiana
INTER-OFFICE MEMORANDUM



To: Lt. Gary Cook     Dept.: SIU     Date: **1/26/05**

From: Dep. Louis Ancar     Dept.: SIU     CC:

Subject: I/M Frank Bailey (SIU Item #0105-43)

On January 24, 2005, I received a Preliminary Injury Report from Deputy K. Landry in reference to inmate Frank Bailey slipping in the shower. The incident occurred on January 21, 2005, in the North/Wing 4CL housing area.

Deputy Landry reported that inmate Bailey informed her that while he was taking a shower, earlier that day, he slipped and fell.

Deputy Sylvester escorted inmate Bailey to the South/Wing medical area where Nurse Crawley examined him.

Inmate Bailey stated that the floor to the restroom area was wet due to the fact that toilet had been overflowing. Inmate Bailey stated that he slipped prior to entering the shower area. Inmate Bailey stated that when he slipped he jammed his left shoulder. Inmate Bailey complained of left shoulder and collarbone pains. Inmate Bailey stated that while being examined, Nurse Crawley informed him he would see a doctor later.

A quick survey of the shower area confirmed that the area does accumulate standing water in certain spots. In addition, the face bowl appeared to either be clogged or slow draining.

On January 25, 2005, I submitted a maintenance request from to Sergeant Fray in reference to the shower area on 4CL.